```
Katie McIver, SBN 295123
Ryan D. Harris, SBN 217154
Harris Personal Injury Lawyers, Inc.
55 S. Market Street, Suite 1010
San Jose, CA 95113
Telephone: (408) 512-3600
Fax: (408) 320-0092
```

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELINA POPAL, as Successor in Interest of the ESTATE OF FAZEL POPAL; EVELINA POPAL, an individual; A.P., a minor, by and through her Guardian Ad Litem MARGARITA BALSYAVICHUS; and T.P., a minor, by and through her Guardian Ad Litem MARGARITA BALSYAVICHUS, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a corporation; NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a corporation; THOMAS McKEOWN, individually; and DOES 1 through 100, inclusive,; <br><br> Defendants. | CASE NO. C 15-00553 JSW <br><br> **JOINT STIPULATION AND [~~XXXXXXXXX~~] ORDER REGARDING CONTINUANCE OF ALL PRE-TRIAL DATES AND TRIAL DATE** <br><br><br> Trial Date: August 1, 2016 <br> Time: 8:00 a.m. <br> Hon. Jeffrey S. White |

## JOINT STIPULATION

Plaintiffs EVELINA POPAL, as Successor in Interest of the ESTATE OF FAZEL POPAL; EVELINA POPAL, an individual; A.P., a minor, by and through her Guardian Ad Litem MARGARITA BALSYAVICHUS; and T.P., a minor, by and through her Guardian Ad Litem MARGARITA BALSYAVICHUS and Defendants UNION PACIFIC RAILROAD COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and

THOMAS MCKEOWN hereby submit this Joint Stipulation and [Proposed] Order continuing the trial date and all pre-trial dates for the above-captioned case:

WHEREAS, on May 8, 2015 the Court issued its scheduling order setting forth the following deadlines:

ADR: Early Neutral Evaluation to be completed by 9-25-15

Close of Discovery: 1-1-16

Initial Disclosures due: 2-5-16

Rebuttal due: 2-19-16

Close of Expert Discovery: 3-11-16

Hearing on Dispositive Motions (if any): 4-1-16 at 9:00 a.m.

Pretrial Conference: 7-11-16 at 2:00 p.m.

Jury Selection: 7-27-16 at 8:00 a.m.

Jury Trial: 8-1-16 at 8:00 a.m. (3 week est.)

WHEREAS, Attorneys Robert Pottroff and Joseph Sayler have been associated in as joint counsel on behalf of Plaintiffs, as of December 7 and December 9, respectively.

WHEREAS, despite diligent efforts, coordinating several deposition have been difficult as witnesses are located throughout California and out of state.

WHEREAS, all parties agree that further time is needed to continue discovery and are working diligently to ensure the most efficient process.

WHEREAS, this is the first continuance requested by the parties and good cause exists for the continuance.

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the parties, through their respective counsel of records, and subject to the Court's approval, that the dates previously set by this Court be continued as follows:

Close of Discovery: 5-1-16

Initial Disclosures due: 6-5-16

Rebuttal due: 6-19-16

Close of Expert Discovery: 7-11-16

Hearing on Dispositive Motions (if any): 8-1-16 at 9:00 a.m.

Pretrial Conference: 10-1-16 at 2:00 p.m.

Jury Selection: 10-18-16 at 8:00 a.m.

Jury Trial: 10-26-16 at 8:00 a.m. (3 week est.)

Dated: January 29, 2016                    Harris Personal Injury Lawyers, Inc.


By: _/S/Katie McIver_____
Katie McIver
Attorney for Plaintiffs


Dated: January _29_, 2016                   Flesher Schaff & Schroeder, Inc.


By: _____/S/ Jason Schaff_____
Jason Schaff
Attorney for Defendants Union Pacific Railroad Company, Amtrak, and Thomas McKeown

The Court, having reviewed the parties' stipulation hereby GRANTS the parties' stipulation for a continuance as follows:

CASE MANAGEMENT DEADLINES:

Close of Discovery: 4-1-16

Initial Disclosures due: 6-5-16

Rebuttal due: 6-19-16

Close of Expert Discovery: 7-11-16

Hearing on Dispositive Motions (if any): ~~8-1-16~~ 8-5-16 at 9:00 a.m.

Pretrial Conference: ~~10-1-16~~ 10-3-16 at 2:00 p.m.

Jury Selection: ~~10-18-16~~ 10-19-16 at 8:00 a.m.

Jury Trial: ~~10-20-16~~ 10-24-16 at 8:00 a.m. (3 week est.)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: February 1, 2016

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT